UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| GEORGE D. ARNESEN et al | PLAINTIFFS |
| VERSUS | CIVIL ACTION NO. 1:23-CV-145-TBM-RPM |
| GINA RAIMONDO et al | DEFENDANTS |

---

| | |
|---|---|
| KAREN BELL et al | PLAINTIFFS |
| VERSUS | CIVIL ACTION NO. 1:23-CV-160-HSO-RPM |
| GINA RAIMONDO et al | DEFENDANTS |

**ORDER GRANTING MOTION TO CONSOLIDATE**

This matter is before the Court for consideration of a motion to consolidate *Arnesen et al v. Raimondo et al*, Civil Action No. 1:23-cv-145-TBM-RPM with *Bell et al v. Raimondo et al*, Civil Action No. 1:23-cv-160-HSO-BWR, filed by the *Bell* plaintiffs. Doc. [18]. The *Arnesen* plaintiffs filed a response advising they take no position on the motion to consolidate. Doc. [19]. The undersigned conducted a telephonic hearing in both causes, at which time counsel for defendants likewise advised they take no position on the motion to consolidate. *See* Doc. [18] at 3; Minute Entry (8/1/2023). Given the common questions of law and fact presented in both cases, and in the interests of judicial economy and efficiency, the Court finds that the motion to consolidate should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the [18] Motion to Consolidate is GRANTED and that Civil Action Nos. 1:23-cv-145-TBM-RPM and 1:23-cv-160-HSO-RPM are hereby consolidated for all purposes, with *Arnesen et al v. Raimondo et al*, Civil Action No.

1:23-cv-145-TBM-RPM serving as the lead case. All subsequent pleadings relating to either case should be filed in the lead case only.

SO ORDERED AND ADJUDGED, this the 9th day of August 2023.

/s/ Robert P. Myers, Jr.
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE